IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| KWINE E. SMITH, | § | |
| | § | No. 142, 2015 |
| Defendant Below, | § | |
| Appellant, | § | |
| | § | Court Below—Superior Court |
| v. | § | of the State of Delaware, |
| | § | in and for New Castle County, |
| STATE OF DELAWARE, | § | Cr. ID No. 1209001028 |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: June 26, 2015
Decided: July 1, 2015

## ORDER

This 1st day of July 2015, it appears to the Court that, on June 8, 2015, the Clerk issued a notice to show cause, by certified mail, directing the appellant to show cause why this appeal should not be dismissed for his failure to file an opening brief and appendix and his failure to pay the Supreme Court filing fee. The appellant has not responded to the notice to show cause within the required ten-day period and therefore dismissal of this appeal is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

_____
Justice